Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR04-5281RBL |
| v. | ) |
| ROBERT CHARLES LEE, | ) FINAL ORDER OF FORFEITURE |
| Defendant. | ) |

This matter comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the properties listed below.

On April 4, 2005, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant Robert Charles Lee's interest in each of the properties listed below.  These properties were subject to forfeiture pursuant to Title 18, United States Code, Sections 2252(a), because they were used and intended to be used to commit the offense to which the defendant has been found guilty.

Following publication of due notice as prescribed by Title 18, United States Code, Section 2253(m), no petitioners or claimants have come forth to assert an interest in the forfeited properties.  Accordingly,

IT IS ORDERED, ADJUDGED and DECREED that the following properties seized from Robert Charles Lee are hereby fully and finally condemned and forfeited to the United States in

FINAL ORDER OF FORFEITURE - 1
CR04-5281RBL U.S. v. Robert Charles Lee

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

their entirety:

1. One (1) Gateway Central Processing Unit, with serial number 0024989828, and Maxtor 20 GB at D540X-4K hard drive; and

2. Any and all visual images of minor children engaged in sexually explicit conduct.

The United States Marshal Service is authorized to dispose of the above listed properties in accordance with the law. Specifically the depictions and images listed in (2) above shall be destroyed or retained for official (investigative) use by the Attorney General pursuant to Title 18, United States Code, Section 2253(g).

The Clerk of the Court is hereby directed to send a copy of this Final Order of Forfeiture to all counsel of record and send six (6) "raised seal" certified copies to the United States Marshals Service in Tacoma, Washington.

IT IS SO ORDERED this 3rd day of January, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/Richard E. Cohen
RICHARD E. COHEN, WSBA #91005
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2242; Fax: 206-553-6934
Richard.E.Cohen@usdoj.gov

FINAL ORDER OF FORFEITURE - 2
CR04-5281RBL U.S. v. Robert Charles Lee

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970